# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LUIS ANTONIO ORELLANA- )<br>ORELLANA, et al., )<br>)<br>Defendants. )<br>_____) | Criminal Action No. 2022-0018 |

**Attorneys:**
**Melissa P. Ortiz, Esq.,**
St. Croix, U.S.V.I.
    *For the United States*

**Gabriel J. Villegas, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant Luis Antonio Orellana-Orellana*

**Giovanni J. Canino, Esq.,**
San Juan, PR
    *For Defendant Keyran Alexander Coto-Lopez*

**Juan F. Matos-de Juan**
San Juan, PR
    *For Defendant Alonso Hernandez-Hernandez*

## ORDER

THIS MATTER comes before the Court on the "Government's Motion to Dismiss Indictment" (Dkt. No. 45), wherein the Government requests dismissal of the Indictment (Dkt. No. 11) because Defendants have been subsequently charged by Information in Criminal Number 23-10. *Id*. at 1.

**UPON CONSIDERATION** of the foregoing, and in accordance with Fed. R. Crim. P. 48(a), it is hereby

**ORDERED** that the "Government's Motion to Dismiss Indictment" (Dkt. No. 45) is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: July 20, 2023                                         _____/s/_____
                                                            WILMA A. LEWIS
                                                            District Judge