IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **ALONSO HERNANDEZ-HERNANDEZ**, <br><br> Defendant. | **CRIMINAL NO. 22-cr-00018** |

## NOTICE TO THE COURT

Comes now the United States of America, by and through Delia L. Smith, United States Attorney for the District of the Virgin Islands, and Daniel H. Huston, Assistant U.S. Attorney, who hereby responds to the defendant's underlying Motion to Reduce Sentence filed on November 19, 2024. (*See* ECF #51).

Upon review, the Government notes that this specific case was closed on July 20, 2023, because the defendant was subsequently charged by Information in Case No. 23-cr-10. (*See* ECF #46). Accordingly, the Government will address the defendant's Motion to Reduce Sentence in Case No. 23-cr-10 that was filed on December 9, 2024. (*See* ECF #119).

Dated: December 20, 2024

Respectfully submitted,

DELIA L. SMITH
UNITED STATES ATTORNEY

By: *s/ Daniel H. Huston*
Daniel H. Huston
Assistant United States Attorney
District of the Virgin Islands
Alexander Hamilton House Building
1108 King Street, Suite 201, Christiansted
St. Croix, VI 00820-5080

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of December 2024, I electronically filed the foregoing United States of America's Notice to the Court with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Alonso Hernandez Hernandez
Reg. #: 06993-506
FSL Correctional Institution Elkton
P.O. Box 10
Lisbon, Ohio 44432

                                                                     s/*Daniel H. Huston*
                                                                       Daniel H. Huston
                                                                       Assistant U.S. Attorney